# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

|  |  |  |
|---|---|---|
| LAUREN TYMPEL, on behalf of herself and others similarly situated, | : : : | Case No. 1:24−cv−09296−CPO−MJS |
| Plaintiff, | : : | |
| v. | : : | Hon. Christine P. O'Hearn |
|  | : : | Hon. Matthew J. Skahill |
|  | : : : | |
| ALL SEASON SOLAR LLC, | : : | |
| Defendant. | : : : : | |

## STIPULATION OF DISMISSAL

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Lauren Tympel and Defendant All Season Solar LLC, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the individual claims asserted by Plaintiff Lauren Tympel against Defendant All Season Solar LLC, are hereby dismissed with prejudice.

Dated:  November 18, 2025.

By: */s/ Joel D. Smith*_____
Joel D. Smith
(New Jersey Bar No. 457602024)
Aleksandr Litvinov (*pro hac vice*)
SMITH KRIVOSHEY, PC
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
joel@skclassactions.com
sasha@skclassactions.com

Yeremey O. Krivoshey (*pro hac vice*)
SMITH KRIVOSHEY, PC
166 Geary Street, Ste. 1500-1507

By: */s/ Emily E. Clark (w/ permission)*
Emily E. Clark
KELLEY DRYE & WARREN LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
(973) 503-5934
EClark@KelleyDrye.com

*Attorney for Defendant*

1

San Francisco, CA 94108
Telephone: 415-839-7000
yeremey@skclassactions.com

*Attorneys for Plaintiff*

2